

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| NATHAN DUANE GOSSELIN, | § | No. 08-15-00107-CR |
| Appellant, | § | Appeal from the |
| v. | § | 54th District Court |
| THE STATE OF TEXAS, | § | of McLennan County, Texas |
| State. | § | (TC# 2012-1065-C2) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 23, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Abel Reyna, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 23, 2015.

IT IS SO ORDERED this 22nd day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.